USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JASON CAMACHO And On Behalf of All Other
Persons Similarly Situated,

                            Plaintiffs,

      -against-

CORNELL UNIVERSITY

                            Defendant.
------------------------------------------------------------------X

Index No.:18-cv-10583
**Stipulation of Dismissal**

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), JASON CAMACHO, and Defendant, CORNELL UNIVERSITY, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         May 13, 2019

**SEYFARTH SHAW LLP**

_____
John W. Egan, Esq.
620 Eighth Avenue
New York, NY 10018
(212) 218-5291
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 14, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge